**Daniel Lewis COMPEL, Plaintiff—Appellant,**

v.

**CITIMORTGAGE, INCORPORATED, Defendant—Appellee.**

No. 05–1462.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 27, 2005.

Decided: Sept. 29, 2005.

Daniel Lewis Compel, Appellant Pro Se. Richard Daniel Kelley, Brent Eugene Baxter, Reed Smith, LLP, Falls Church, Virginia, for Appellee.

Before LUTTIG, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Daniel Lewis Compel appeals a district court order dismissing his complaint against CitiMortgage, Incorporated. We have reviewed the record and the district court's order and affirm for the reasons of the district court. *See Compel v. CitiMortgage, Inc.,* No. CA–04–1377–1 (E.D.Va. Mar. 28, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*